1  Timothy D. Thurman, State Bar No. 216048
2  TRINITY LAW ASSOCIATES, LLC.
   3255 Wilshire Blvd., Suite 1403
3  Los Angeles, California 90010
   Tel: (213) 928 7338; Fax: (213) 402 3262
4

5  Attorneys for Plaintiff, JUANITA STOCKER

6

7

**FILED**

2009 MAR 17  PM 3: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O  CALIF.
LOS ANGELES

BY_____NL_____

8              **UNITED STATES DISTRICT COURT,**
9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

**SACV09-0335 CJC(RNBx)**

12  JUANITA STOCKER, an individual,    )
                                       )  CASE NO.:
13              Plaintiff,             )
                                       )  **COMPLAINT FOR:**
14                                     )  1. **VIOLATION OF TRUTH**
15              v.                     )     **IN LENDING STATUTE,**
                                       )     **15 U.S.C. § 1611**
16                                     )  2. **VIOLATION OF REAL**
    AURORA LOAN SERVICES, a            )     **ESTATE SETTLEMENT**
17  Delaware corporation; and DOES 1-  )     **PROCEDURES ACT**
18  10, inclusive,                     )     **(RESPA), 26.U.S.C. § 2605**
                                       )  3. **VIOLATION OF THE**
19              Defendants.            )     **HOME OWNERSHIP**
                                       )     **AND EQUITY**
20                                     )     **PROTECTION ACT**
21                                     )     **(HOEPA), 15 U.S.C. § 1602**
22                                     )  4. **VIOLATION OF THE**
                                       )     **FAIR DEBT**
23                                     )     **COLLECTION**
24                                     )     **PRACTICES ACT**
                                       )     **(FDCPA), 15 U.S.C. § 1692**
25                                     )  5. **BRECH OF FIDUCIARY**
26                                     )     **DUTY**
27                                     )  6. **BREACH OF COVENANT**
28                                     )     **OF GOOD FAITH AND**

1
**PLAINTIFF'S COMPLAINT FOR DAMAGES, AND RECISSION**

| | |
|---|---|
| ) | **FAIR DEALING** |
| ) | **7. UNFAIR BUSINESS** |
| ) | **PRACTICES** |
| ) | **8. INJUNCTIVE RELIEF** |
| ) | **9. DECLARATORY RELIEF** |
| ) | |

**COMES NOW** Plaintiff, JUANITA STOCKER, and herein complains and alleges as follows:

## JURISDICTION

1.      Jurisdiction within this Court is predicated upon various Federal questions arising under the United States Code including but not limited to *15 USCA § 1640* et seq., commonly know as the Truth in Lending Act (TILA); *12 USCA §2605*, the Real Estate Settlement Procedures Act (RESPA); and *15 USCA § 1602* et seq., commonly known as the Homeowners Equity Protection Act; as well as *15 USCA §1692*, commonly know as the Fair Debt Collection Practices Act.

2.      Plaintiff further pleads jurisdiction pursuant to the doctrine of *pendente* jurisdiction as to various related State law causes of action.

## VENUE

3.      Plaintiff pleads venue within this district. She is a resident within said district, and as the Defendants, and each of them, has or is doing business within the district, and further, as the *pendente* causes of action pursuant to California law concerns real property within the County of Orange.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

## PARTIES

4.     Plaintiff JUANITA STOCKER is an individual, and at all times relevant hereto is a resident in the city of SANTA ANA, County of ORANGE, State of California.

5.     Defendant AURORA LOAN SERVICES [hereinafter referred to as "AURORA"], is a California corporation, and at all times relevant hereto was doing business as a financial institution providing mortgages on real property.  Defendant AURORA gave the Plaintiff the first mortgage on her home.

6.  Plaintiff respectfully requests of the Court leave to add new or further Defendants by leave of Court when and if such shall become known.

## COMMON ALLEGATIONS

8.     On or about October 22, 2007, Plaintiff financed certain real property commonly known as 629 S Townsend St., City of Santa Ana, County of Orange, State of California. Said property bears the Assessors Parcel Number (APN) 010-041-13, and is more fully described in the grant deed and legal description as follows:

LOT NUMBER: 48; TRACT: 2278; CITY/MUNI/TWNSP: SANTA ANA

9.     The Plaintiff financed the property with a loan through Defendant AURORA by means of an Adjustable Rate Interest Note based on the COFI index and appended hereto and incorporated as (Exhibit A).  The loan is a negative amortization loan, causing the Plaintiff to lose equity in the home as time proceeds.

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

10.  Plaintiff alleges that Defendants, and each of them, neither explained the workings of the rates, how it is computed, nor its inherent volatility.

11.  Further, on information and belief, Plaintiff alleges that the Defendants charged and obtained improper fees for the placement of their loan as "sub-prime" when Plaintiff would have qualified for a prime rate mortgage which would have generated less in fees and interest for the Plaintiff.

12.  The loan was thereafter secured by a Deed of Trust to Defendant AURORA. (*See*, Exhibit C).

13.  On information and belief and by means unknown, that debt was thereafter securitized and fractionalized and converted into securities traded across duly authorized public markets.

14.  For Plaintiff's loan, Defendant AURORA provided services, in various forms to be determined, which were of such a nature as to render it a "Servicer" within the definition found within *26 USCA § 2605*.

15.  On information and belief, Plaintiff alleges that the servicing of the mortgages was, without her knowledge, in some means transferred from or by Defendant AURORA, either completely or by association or other means unknown, to unknown Defendants, who unknown to the Plaintiff provided services in various forms, to be determined, to others which were of such a nature as to render them a "Servicer" within the definition found within *26 USCA § 2605*.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

16.     Plaintiff STOCKER is, as she informed all of those involved in this mortgage, that as a result of the national economic slowdown, the Plaintiff experienced cash flow problems in 2007. The Defendants knew or should have known, that a salary of Plaintiff STOCKER would not have the means on a consistent basis to afford the amount financed given the fluctuation of the COFI payment options.

17.     Since October 2008, Plaintiff began experiencing undue financial hardship, and has been struggling to make her monthly negative amortization payment.

## FIRST CAUSE OF ACTION

## VIOLATION OF *15 USCA 1611* ET SEQ.

### (ALL DEFENDANTS )

17.     Plaintiff repeats and re-alleges each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

18.     On information and belief, Plaintiff alleges that the Defendants, and each of them, are directly or though agents or employees, entities or persons, actively involved in the extension of credit, as said term is defined under the Truth in Lending Statute (TILA).

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

19.    On information and belief, Plaintiff alleges that Defendants, and each of them, being subject to the requirements of the Truth in Lending Act have violated the requirements of the said act in that among other things:

a.    They have refused and continued to refuse to validate and otherwise make a full accounting and required disclosures as to the true finance charges and fees;

b.    They have improperly retained funds belonging to Plaintiff in amounts to be determined; and

c.    They have failed to disclose the status of the ownership of said loans; and

d.    They have failed to disclose the actual loan percentage paid by the Plaintiff for the loan, and failed to adequately disclose why there is a difference between the interest rate shown on the Promissory Note and the annual percentage rate shown on the Truth In Lending Act Disclosure Statement; and

e. They failed to provide Plaintiff with two copies of the right to rescind the loan as required by statute.

20.    Plaintiff further alleges that these violations are such as to require rescission and or cancellation of the loan herein, and return of all funds received by Defendants from Plaintiff, and a return of possession of the property.

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

21.    Plaintiff further alleges that they are entitled to compensatory damages and an amount to be determined at trial, but which exceeds $500,000.

22.    Plaintiff further alleges that she is also entitled to attorneys' fees, according to statute.

23.    On information and belief, Plaintiff alleges that the Defendants acted in violation of the Act, willfully, maliciously, oppressively and fraudulently and in conscious disregard for the rights of Plaintiff and, as such, Plaintiff is entitled to punitive damages.

## SECOND CAUSE

### VIOLATION OF *26 USCA 2605* ET SEQ.

### (ALL DEFENDANTS)

24.    Plaintiff repeats and re-alleges each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

25.    On information and belief, Plaintiff alleges that Defendants, and each of them, are such as to fall within the requirements of the Real Estate Settlement Procedures Act (RESPA).

26.    On information and belief, Plaintiff alleges that the Defendants, and each of them, placed loans for the purpose of unlawfully increasing and otherwise obtaining yield spread fees and amounts in excess of what would have been lawfully earned.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

7

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

27.    On information and belief, Plaintiff further alleges that in addition to the requirements of RESPA, Defendant AURORA, and DOES 1-10, acted either individually or jointly as "Servicers as that term is used within the act and either individually or jointly violated the requirements of *26 USCA § 2605* (b) in that the servicing contract or duties thereunder were transferred or hypothecated with out required notice.

28.    Plaintiff further alleges that these violations are such as to require rescission and/or cancellation of the loan herein on and return of all funds received by Defendants from Plaintiff.

29.    Plaintiff further alleges that he is entitled to compensatory damages at an amount to be determined at trial.

30.    Plaintiff further alleges that she is also entitled to attorneys' fees according to statute.

### THIRD CAUSE OF ACTION

### VIOLATION OF *15 USCA 1602* et seq.

### (ALL DEFENDANTS)

31.    Plaintiff repeats and re-alleges each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

32.    On information and belief, Plaintiff alleges that the mortgage obtained by her through Defendant AURORA and thereafter by means unknown obtained

and enforced by other Defendants herein, falls within the purview 1602 et sec., commonly known as the Home Ownership and Equity Protection Act of 1994.

33.    On information and belief, Plaintiff further alleges that the loan was placed in violation of the above Act in that it was placed and administered and otherwise utilized without regard to Plaintiff's income or cash flow and with the intention of inducing default.

34.    As a direct and legal consequence of the above conduct, Plaintiff has been damaged in amounts according to proof at time of trial, but which exceed $500,000.

## FOURTH CAUSE OF ACTION

## VIOLATION OF *15 USCA § 1692* and **CALIFORNIA CIVIL CODE** § 1788

## (ALL DOWNEY SAVINGS and DOES 1-10)

35.    Plaintiff repeats and re-alleges each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

36.    On information and belief, Plaintiff alleges that the Defendant AURORA, and DOES 1-10, and each of them, are "debt collectors" either directly or through agents as that term is used in both the United State Code and the California Civil Code at § 1788 et seq.

37.    Plaintiff alleges that he duly and properly on more than one occasion requested validation of the "debt" herein under both codes.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

9

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

38.    The Plaintiff further alleges that Defendants did not respond to her demands in such a way as to meet the requirements of the Act.

39.    The Plaintiff alleges that as such, she is entitled to statutory damages under both Acts.

## FIFTH CAUSE OF ACTION

## BREACH OF FIDUCIARY DUTY

## (ALL DEFENDANTS)

40.    Plaintiff repeats and re-alleges each and every allegation contained in paragraphs above inclusive and incorporates same as though set forth at length.

41.    At all times relevant hereto, Defendants created, accepted and acted in a fiduciary relationship of great trust and acted for and were the processors of property for the benefit of the Plaintiff.

42.    Defendants further placed themselves in a position of great trust by virtue of expertise represented by and through its employees.

43.    On information and belief, Plaintiff alleges that Defendants breached their fiduciary duties owed to the Plaintiff. They have acted and continue to act for their own benefit and to the detriment of Plaintiff.

44.    Among other things, they have placed and negotiated loans without due care to the best interest of Plaintiff or for the protection of his rights thereunder.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

45.    As a direct and legal result of said breaches of fiduciary duty, Plaintiff has suffered economic damage and loss of funds and payment of fees improperly incurred in an amount according to proof at time of trial.

46.    Defendants acted willfully and maliciously oppressively and fraudulently and in conscious disregard of the rights of Plaintiff, and as such Plaintiff is entitled to punitive damage.

## SIXTH CAUSE OF ACTION

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

## (ALL DEFENDANTS)

47.    Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

48.    On information and belief, Plaintiff alleges that at all times mentioned herein there existed between Plaintiff and Defendants, and each of them, either a direct or implied contractual covenant of good faith and fair dealing requiring Defendants and each of them to safeguard protect or otherwise care for the assets and/or rights of the Plaintiff. Said covenant prohibited them from activities interfering with or contrary to the rights of the Plaintiff.

49.    As a direct and legal result of said acts by Defendants, and each of them, Plaintiff alleges that she has been damaged legally and proximately in amounts according to proof at time of trial.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

## SEVENTH CAUSE OF ACTION

## DECLARATORY RELIEF

## (ALL DEFENDANTS)

50.     Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

51.     Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiff and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the loan.

52.     These disputes concern but are not necessarily limited to the ownership and/or right of foreclosure.

53.     As these questions concern issues with regard to Plaintiff's home, she is thus required to seek this relief.

54.     Plaintiff further alleges that a declaration of rights and duties of the parties herein by the court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

///

///

///

///

///

12

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

# EIGHTH CAUSE OF ACTION

# DECLARATORY RELIEF

# (ALL DEFENDANTS)

55.    Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

56.    Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiff and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the mortgage loan.

57.    These disputes concern but are not necessarily limited to the ownership and/or right of the home ownership and financing in regard to it.

58.    As these questions concern issues with regard to Plaintiff's home, she is thus required to seek this relief.

59.    Plaintiff further alleges that a declaration of rights and duties of the parties herein by the Court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

60.    As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiff's damage in an amount to be proven at time of trial.

PLAINTIFF'S COMPLAINT FOR DAMAGES

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

61.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff has incurred attorneys' fees in an amount to be determined, for which Plaintiff's claims a sum to be established according to proof.

62.    The conduct of Defendant and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiff's rights, and done by managerial employees of Defendants. Plaintiff is thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of Defendants, and in an amount to conform to proof.

## NINTH CAUSE OF ACTION

## VIOLATION OF *42 USC § 2000D,*

## (ALL DEFENDANTS)

63.    Plaintiff re-alleges and incorporates by reference the above paragraphs as though fully set forth herein.

64.    This cause of action is brought pursuant to *42 U.S.C. 2000d*, which provides that "no person in the United States shall, on the ground of race, color, gender or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance."

65. Plaintiff is informed and believes and based thereon alleges that at all times herein mentioned Defendants have engaged in practices that are unlawful under *42 U.S.C. 2000d*, including but not limited to providing an exorbitant loan amount, to a minority female, with a limited and inconsistent income, from a Hispanic background, with no experience in regard to the COLA, one-month Index Interest Only Loan. The Defendant preyed upon this minority, and with reckless disregard to how she could make payments without default provided Plaintiff with a loan that she should have never qualified for, therefore getting her into a deep financial mess which she may not have ever been in had the Defendant done ample due diligence and concluded that she should not qualify for one hundred percent financing, on a non-conforming loan amount.

66. Plaintiff seeks full compensation for the discriminatory acts she suffered.

67. Plaintiff seeks an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

68. The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

69. As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' damage in an amount to be proven at time of trial.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

PLAINTIFF'S COMPLAINT FOR DAMAGES

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

70.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff has incurred attorneys' fees in an amount to be determined, for which Plaintiff claims a sum to be established according to proof.

71.    The conduct of defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiff is thereby entitled to an award of punitive damages against Defendant, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

## TENTH CAUSE OF ACTION

## VIOLATION OF *42 USC § 1983*

## (ALL DEFENDANTS)

72.    Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

73.    This cause of action is brought pursuant to *42 U.S.C. § 1983*, which provides that every person who subjects any citizen of the United States to a deprivation of their rights is subject to penalty.

74.    Plaintiff was improperly and illegally treated by Defendants, and each of them, because when it came time to refinance the loan, Defendants refused to refinance the Plaintiff, despite the fact that Defendants refinanced many other customers, and despite the fact that Plaintiff was more than qualified for refinancing.

75. Plaintiff seeks full compensation for the discriminatory acts she suffered.

76. Plaintiff seeks an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

77. The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

78. As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiff's damage in an amount to be proven at time of trial.

79. As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiff has incurred attorneys' fees in an amount to be determined, for which Plaintiff claims a sum to be established according to proof.

80. The conduct of defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiff is thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of Defendants, and in an amount to conform to proof.

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

# ELEVENTH CAUSE OF ACTION

# QUIET TITLE

# (ALL DEFENDANTS KNOWN OR UNKNOWN AND CLAIMING ANY INTEREST IN THE PROPERTY)

81.    Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

82.    Plaintiff is the owner in fee of certain real property commonly known as 629 S. Townsend, City of Santa Ana, County of Orange, State of California and more fully described in the grant deed and legal description appended hereto as (Exhibit A) and incorporated by reference.

83.    Plaintiff obtained simple title to the above described real property by Grant Deed dated and/or recorded in the office of the Recorder of the County of Orange.

84.    Defendants claim an interest or estate in Plaintiff's above described property, disputing or denying Plaintiff's right to ownership and by contending that ownership is or will rest in them by means of a trustee's sale.

85.    Plaintiff alleges that Defendants have no such right of title or estate in said property in that sale proposed will be fraudulent or otherwise illegal and transfer no right to Defendants.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

PLAINTIFF'S COMPLAINT FOR DAMAGES

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338; Fax: (213) 402 3262: thurmanlaw@gmail.com

86.    Defendants have wrongfully interfered with or threaten to interfere with Plaintiff's use and enjoyment of the above described property in that they have threatened to dispossess her.

87.    Defendants' threat to dispossess the Plaintiff has caused grave and irreparable injury to Plaintiff in that they have suffered the indignation and embarrassment and fear of losing his unique property.

88.    Plaintiff has no adequate remedy at law for the threatened and continuing conduct in that she has lost all she has put into said home and is without a home. Said loss is not one which could be compensated by mere payment of damages.

89.    Plaintiff further alleges that the conduct herein is of such a character as to give her title to the above described property in fee.

## TWELFTH CAUSE OF ACTION

## DECLARATORY RELIEF

## (ALL DEFENDANTS)

90.    Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

91.    Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiff and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the loan and/or foreclosure.

92.    These disputes concern but are not necessarily limited to the ownership and/or right of loan financing.

93.    As these questions concern issues with regard to Plaintiff's home, she is thus required to seek this relief.

94.    Plaintiff further alleges that a declaration of rights and duties of the parties herein by the court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

## PRAYER

**WHEREFORE** Plaintiff prays for damages and other relief as follows:

1.    Compensatory damages according to proof;

2.    A judicial declaration of the rights duties and obligations of the parties hereto;

3.    Statutory damages;

4.    Punitive damages;

5.    Injunctive relief including the immediate issuance of a temporary restraining order and thereafter a preliminary injunction to maintain the status quo pending adjudication;

6.    Attorneys' fees according to statute;

7.    Costs of this suit; and

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

8.    Such other and further relief as this court shall deem fair equitable and just.

DATED:    March 17, 2009          TRINITY LAW ASSOCIATES, LLC

By: _____

Timothy D. Thurman
Attorneys for Plaintiff,
JUANITA STOCKER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

21
**PLAINTIFF'S COMPLAINT FOR DAMAGES**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Juanita Stocker | Aurora Loan Services, a Delaware corporation; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Timothy D. Thurman<br>Trinity Law Associates<br>3255 Wilshire Blvd. St. 1403 Los Angeles, Ca. 90010 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ 500,00 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Failure of lender to comply with various federal laws relating to truth in lending and mortgage disclosures.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☒ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

SACV09-0335

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _Timothy D Stern_    Date March 17, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV09- 335 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Juanita Stocker, an individual.

PLAINTIFF(S)

v.

Aurora Loan Services, a Delaware corporation; and
DOES 1-10, inclusive.

DEFENDANT(S).

CASE NUMBER

SACV09-0335 CJC (RNBx)

SUMMONS

*FOR OFFICE USE ONLY*

TO:    DEFENDANT(S):  Aurora Loan Services, a Delaware corporation; and DOES 1-10.

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Timothy D. Thurman _____, whose address is 3255 Wilshire Blvd. Suite 1403, Los Angeles, Ca. 90010 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*FOR OFFICE USE ONLY*

Clerk, U.S. District Court

Dated:  March 17 2009 _____

By: _____
**NATALIE LONGORIA**

Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198