AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC,
formerly known as Aurora Loan Services, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| JUANITA STOCKER, an individual Plaintiff, vs. AURORA LOAN SERVICES, a Delaware corporation; and DOES 1-10, inclusive, Defendants. | Case No. SACV09-00335 CJC-RNB<br>Honorable Cormac J. Carney<br>**[PROPOSED]** JUDGMENT<br><br>Complaint Filed: March 17, 2009<br>Trial Date: None |
|---|---|

On June 30, 2009, the Court granted Aurora Loan Services LLC's (**Aurora**) motion to dismiss plaintiff Juanita Stocker's (**Plaintiff**) Complaint, as well as Aurora's motion to expunge the *lis pendens* Plaintiff recorded.  The Court further allowed Plaintiff twenty days to file an amended complaint to cure the defects in the first Complaint.  To date, Plaintiff has not filed an amended complaint.

{DN007794;1}1

As Plaintiff has failed to amend her Complaint within the time allowed by the Court, and for the reasons explained in Aurora's Motion to Dismiss and to Expunge the *Lis Pendens*, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

**SO ORDERED.**

Dated: August 12, 2009

_____
Hon. Cormac J. Carney